UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X
Edward D. Fagan,
          Plaintiff

  - v -              CIVIL ACTION #
                  12-civ-1873 (RBW)
Union Bank of Switzerland AG;
Credit Suisse AG
Swiss Bankers Association;
Swiss Federal Banking Commission;      **RECEIVED**
Swiss Confederation.
          Defendants.    APR 29 2013
------------------------------------------------------------------- X
                 Clerk, U.S. District and
                  Bankruptcy Courts

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) (1) (A) (i)**

  **PLEASE TAKE NOTICE THAT**, pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i), Plaintiff Edward D. Fagan, hereby voluntarily dismisses, without prejudice, the above entitled action against the Defendants, none of which have filed an answer or motion for summary judgment.

  **A proposed form of Order is being submitted separately.**

Dated: 29 April 2013    /s/ Edward D. Fagan (signed electronically)
    Boca Raton, FL    Edward D. Fagan, Plaintiff Pro Se
               5708-01 Arbor Club Way
               PO Box 812512, Boca Raton, FL 33481
               Tel # (561) 372-9296 / Cell # (973) 986-2844
               Fax # (561) 948-2707
               Email: faganinternational@gmail.com

## CERTIFICATE OF SERVICE

Edward D. Fagan hereby certifies that the foregoing Voluntary Dismissal has been served on Defendants to their below listed addresses.

Roger Witten Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, New York, New York 10007
roger.witten@wilmerhale.com, (212) 230-8850 (t), (212) 230-8888 (f)

David W. Bowker Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW, Washington, DC 20006
david.bowker@wilmerhale.com, (202) 663-6558 (t), (202) 663-6363 (f)
Attorneys for UBS AG and Credit Suisse AG

with the original of the Voluntary Dismissal delivered to the Clerk of the Court for the United States District Court, District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001 and a courtesy copy to the Hon. Reggie B. Walton USDJ.

Dated:     29 April 2013        /s/ Edward D. Fagan (signed electronically)
           Boca Raton, FL              Edward D. Fagan, Plaintiff Pro Se

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X
Edward D. Fagan,                                  :
                              Plaintiff           :
    - v -                                         :        CIVIL ACTION #
                                                  :        12-civ-1873 (RBW)
Union Bank of Switzerland AG;                     :
Credit Suisse AG                                  :
Swiss Bankers Association;                        :
Swiss Federal Banking Commission;                 :
Swiss Confederation.                              :
                              Defendants.         :
------------------------------------------------------------------ X

# ORDER GRANTING VOLUNTARY DISMISSAL
# PURSUANT TO FRCP 41 (a) (1) (A) (i)

**THIS MATTER**, having come before the Court on the filing by Plaintiff Edward D. Fagan of a Notice of Voluntary Dismissal, without prejudice, pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i), and before any Defendant has filed an answer or motion for summary judgment and the Court having considered the matter,

**IT IS HEREBY ORDERED** that the matter in its entirety and as against all Defendants is dismissed without prejudice.

Dated:                                            _____
                                                  Hon. Reggie B. Walton USDJ

## **CERTIFICATE OF SERVICE**

Edward D. Fagan hereby certifies that the foregoing Voluntary Dismissal has been served on Defendants to their below listed addresses.

Roger Witten Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, New York, New York 10007
roger.witten@wilmerhale.com, (212) 230-8850 (t), (212) 230-8888 (f)

David W. Bowker Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW, Washington, DC 20006
david.bowker@wilmerhale.com, (202) 663-6558 (t), (202) 663-6363 (f)
Attorneys for UBS AG and Credit Suisse AG

with the original of the Voluntary Dismissal delivered to the Clerk of the Court for the United States District Court, District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001 and a courtesy copy to the Hon. Reggie B. Walton USDJ.

Dated:    29 April 2013          /s/ Edward D. Fagan (signed electronically)
          Boca Raton, FL              Edward D. Fagan, Plaintiff Pro Se

2